O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MEJIA HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>J. SOTO, Warden,<br><br>    Respondent. | Case No. SACV 12-2117-PSG (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action with prejudice.

Dated: February 20, 2014

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1