JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MEJIA HERNANDEZ, | Case No. SACV 12-2117-PSG (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| J. SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 20, 2014

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1